# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0794
LT Case No. 1997-CF-007301-A

_____

LAVON B. KING,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

Lavon B. King, Daytona Beach, pro se.

No Appearance for Appellee.

September 30, 2025

PER CURIAM.

    AFFIRMED.

KILBANE, MACIVER, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____